Provided to Graceville Correctional Facility on 10/2u/18 for mailing, by CS MP Sr

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

United States of America,

v.

Case No.: 4:18cv504
MW-CAS

Michael A. Perry,
Defendant.

_____/

## PETITION FOR WRIT OF COMMON LAW HABEAS CORPUS

The basis for the issuance of a writ of habeas corpus is that the Defendant is entitled to an order of discharge in the above numbered case, as it is apparent from the face of the record in this Court that the Defendant has exhausted the twenty-four (24) month term of incarceration imposed in the above numbered case via continuous service of said sentence, albeit, inadvertently/involuntarily in the state court system, i.e., the Florida Department Correction's.

AH FILED USDC FLND TL
NOV 1 '18 PM2:22

The problem arises when the Defendant was adjudicated (and) sentenced in the Federal Court System in the above numbered case **prior** to the imposition of a state court judgment/sentence in Leon County, Fl., Case No. 2013-cf-330/2013-cf-517, yet never returned to the federal system whence the Defendant originated.

Accordingly, the Defendant argues that an order of discharge is warranted in the above numbered case, as the Defendant should **not** be charged with the failure of the state court system to return the Defendant to the federal system where a vested interest had occurred as to service of the federal sentence in the above numbered case, i.e., commencement of service.

Alternatively, the Defendant moves this Court to take judicial notice of its April 18, 2018 Order (attached) which expressly ordered that service of the above numbered federal sentence take place concurrently in the state of Florida, i.e., the Florida Department of Corrections, concerning Leon County FL. Case no(s) 2013-cf-330, 2013-cf-517, <u>if</u> the state court system ordered that such concurrency was permissible. (Absolutely no action has been taken on this Court's April 18, 2018 Order.)

2

It is the custom and practice of the state court system in Florida to orally, and in its written sentence documents, to provide that "any other" sentence be "served concurrently" with the imposed sentence.[1]

**Wherefore**, whether viewed through the lens of a voluntary (or) involuntary concurrent service of the federal sentence in the above numbered case for the reason(s) stated, Defendant, whom remains in the Florida Department of Correction's re service of the Leon County Florida case(s), respectfully moves this Court for an order of discharge in **Case No. 4:11cr50-RH/CAS**, based on full service of the "twenty four (24)" month sentence imposed thereto, and based on a liberty interest claim, as the "detainer" lodged by the federal court system (BOP) is impeding the Defendant's "community custody" within the state of Florida matter.

---

[1] Verification of the State Court's custom and practice of ordering concurrency with "any other" sentence may be achieved by an examination of the sentencing document(s) cited, in Leon County Case no(s). 2013-cf-330, 2013-cf-517.

3

## OATH

The Defendant, Michael Perry, hereby affirms under penalty of perjury that the foregoing is true and correct.

## CERTIFICATE OF SERVICE

The Defendant, Michael Perry, hereby certifies that a copy of the foregoing has been furnished to the Office of the United States Attorney for the Northern District of Florida, via United States Mail, this _26_ day of _October_____, 2018.

**DEFENDANT**

*Michael A. Perry 573269*
Michael A. Perry, DC# 573269
5168 Ezell Road
Graceville, Florida 32440

4

Michael A. Perry 573265
5168 Ezell Road
Graceville Correctional Facility
Graceville, Florida 32440



PENSACOLA FL 325

29 OCT 2018 PM 2 L
Legal Mail

CHECKED
NOV - 1 2018

United States District Court

Northern District of Florida

Office of the Clerk

111 North Adams Street

Suite 322

Tallahassee, Florida 32301-7717



